Argued and submitted December 16, 1982, affirmed January 12, 1983

## STATE OF OREGON,
*Respondent,*

*v.*

## JOANNA LEE KIDD,
*Appellant.*

(No. C 82-06-35822, CA A25369)

656 P2d 391

Kim Jefferies, Certified Law Student, Portland, argued the cause for appellant. With her on the brief was Emily Simon, Supervising Attorney, Metropolitan Public Defender, Portland.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

## PER CURIAM.

The objections which defendant now raises to a condition of probation imposed by the trial judge were not raised in the trial court. They will not be considered for the first time on appeal.

Affirmed.